In the United States District Court for the middle district of Alabama

Elijah McCant Finley
full name and prison number of plaintiff(s)

v.

Sheriff Jay Jones
Jeffery Sanford

RECEIVED
2007 APR -3  A 10: 56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No.

3:07cv280-F

I. A. Have you begun other lawsuits in State or federal court dealing with the same or similar facts involed int this action yes ( ) no (✓)
B. Have you begun other lawsuits in the state or federal court relating to your imprisonment yes ( ) no (✓)
C. If your answer to A or B is yes dicribe each lawsuite in the case below (If there is more than on lawsuite, discribe the additional lawsuits on another piece of papper, using the same outline
1. Parties to this previous lawsuit
Plaintiff(s) → none

Defendent(s) none

2. Court (if federal court, ~~that a~~ name the district if state court, name the county

3. Docket number →

4. Name ~~of~~ of judge to whom case was assigned →

5. Disposition (for example: was the case dismissed was it Appealed? Is it still pending. →

6. Approximate date of filing Lawsuite →

7. Approximate date of disposition →

II   PLACE OF PRESENT CONFINEMENT
Lee County Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED → Opelika AL 36803

III   NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS

name                               address
Sheriff Jay Jones and staff.    P.O BOX 2407

IV   THE DATE UPON WHICH SAID VIOLATION OCCURRED. → Approx. March 2, 07 around @ 12:00 pm.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was assaulted by an inmate that had areadly been sentenced. to the state, or county. The inmate was not suppose to be in the cellblock with municipal inmates

GROUND TWO: I was assaulted by Jefferey Sanford, the inmate listed in count gound one above.

Count three; Upon fileing a written complaint against inmate Sanford. I was written up by the staff in order to frustrate my efforts in pursuing said written complaint. The staff came up with things to charge me with, that happens everyday.

VI. Set this matter for hearing, or trial. Allow me to present my case, the defendant present thern case. Upon a final hering render a judgment for me in the nature of both compensatory and punitive dam-ages, As well as other relief the court my deem approriate under these circumstances

_Elijah Tailey_
signature of plaintiff

I declare under penalty of perjury that the foregoing is true An correct

executed on 3-4-07
DATE

_Elijah Tailey_
signature of plaintiff



Elijah M Finley
Lee County Correctional Facility
Ward D-6
PO Box 2407
Opelika, AL 36803

MONTGOMERY AL 361
02 APR 2007 PM 4 T

36101+0711

Clerk of the Court
U.S. District Court
PO Box 711
Montgomery, AL 36101-0711