# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Elijah McCant Finley
Plaintiff

V.

Jay Jones, et al
Defendant

RECEIVED APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
2007 APR 18 A 9: FEES AND AFFIDAVIT

CASE NUMBER: 3:07CV280-MEF

I, __Elijah McCant Finley__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Lee County Detention Facility, P.O Box 2407__

   Are you employed at the institution? __no__  Do you receive any payment from the institution? __no__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   none

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☑ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

My mother has given me about 40$ in the past 2 months. She gets disability

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

4-9-07
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO 63178-7490

NAME: FINLEY ELIJAH M
NBR: 17729   TIER:   CELL: 4
BLOCK: D
SITE: LEE COUNTY DETENTION CENTER   30220J 001

ORDER DATE: 4/09/07
ORDER NBR: 84422
CPR NBR: 49550   1
BEG FUND BAL: 17.34
PAGE: 1

| ORDER QTY | SITE: ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 | 3201 | 8562 | STRAWBERRY MOON PIES | .50 | .50 |
| 2 | 3205 | 900540 | CHOCOLATE MARSHMALLOW PIE | .50 | 1.00 |
| 1 | 3230 | 84709 | SL PEANUT BUTTER WAFERS | 1.60 | 1.60 |
| 2 | 6080 | 85114 | WHOLE SHABANG | 1.55 | 3.10 |
| 1 | 6117 | 85053 | C.A. CHEESE CRUNCH 11OZ. | 1.65 | 1.65 |
| 1 | 6150 | 8911 | KEEFE 10OZ NACHO CHIPS | 1.65 | 1.65 |
| 1 | 6166 | 8903 | C.A. BBQ CORN CHIPS 12OZ. | 1.65 | 1.65 |
| 1 | 6255 | 82858 | CC JALAPENO NACHO CHS DIP | .85 | .85 |
| 2 | 6313 | 8263 | SUMMER SAUSAGE 5 OZ. | 1.50 | 3.00 |
| 2 | 6501 | 85140 | PICKLE (MILD) | .60 | 1.20 |

SUB-TOTAL  16.20
SALES TAX  .00
ORDER TOTAL  16.20
FUND BALANCE  1.14

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#    QUANTITY    CATEGORY/DESCRIPTION

SIGNED _____  DATE _____
WITNESSED BY _____  DATE _____

```
================================================
                  LEE COUNTY JAIL
================================================
              Resident Transaction Receipt
            Sunday, April 08, 2007  @10:53
================================================
```

Officer ID: 43D5
Transaction #: 100170971
CIN:              InmateName:
  17729             FINLEY, ELIJAH M

Description: G FINLEY

Block:        Tier:         Cell:
  D                           4

Trans Type:   Transaction Date:   Amount:        Current Funds:
  DEPMO         Apr 08, 2007      $   20.00      $    17.34

Resident Sig _____ Date _____

Authorized Sig _____ Date _____



MONTGOMERY AL 361
17 APR 2007 PM 2 T

Elijah Nwaokolo Julius
P.O. Box 2407
Opelika Ala, 36801

Office of the Clerk
United States District Court
P.O. Box 711