**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffery B. Sanford
   Lee County Detention Facility
   P.O. Box 2407
   Opelika, AL 36803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] Iris Br...   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   Iris Bridges                2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   3:07CV
   C & o of proc.

   [OPELIKA AL postmark]

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0005 4873 9945

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Jay Jones
   Lee County Detention Facility
   P.O. Box 2407
   Opelika, AL 36803

2. Article Number
   (Transfer from service label)
   7006 2760 0005 4873 9952

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Iris Bridges    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   Iris Bridges

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   3:07CV
   C+D of proc

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Domestic Return Receipt    102595-02-M-1540