IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ELIJAH MCcANT FINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-0280-MEF |
| | ) |
| JAY JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On June 29, 2007, the Magistrate Judge filed a Recommendation (Doc. #12) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation (Doc. # 12) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court.

DONE this 17th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE